

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Steven Audis Emmons,                    * From the 104th District Court
                                          of Taylor County,
                                          Trial Court No. 22761-B.

Vs. No. 11-23-00279-CR                  * January 24, 2025

The State of Texas,                     * Memorandum Opinion by Trotter, J.
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to include the $1,000 fine and $450 court costs and affirm the judgment as modified.